# Court of Appeals
# of the State of Georgia

ATLANTA,  April 19, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1185. EVA MAE PRESCOTT AS TRUSTEE OF THE WALTER E. AND EVA MAE PRESCOTT LIVING TRUST et al. v. GEORGIA POWER COMPANY.**

This case began in May 2013 as a condemnation action filed by Georgia Power Company against multiple condemnees, including Walter E. Prescott, Charles R. Prescott, and James A. Prescott ("the Prescott Condemnees").[1] A jury decided the amount to be paid to the Prescott Condemnees and thereafter, the Prescott Condemnees filed a motion for new trial. On January 5, 2021, the trial court entered an order denying the motion for new trial. On February 5, 2021, the Prescott Condemnees filed their notice of appeal. We, however, lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the order or judgment to be appealed. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, the Prescott Condemnees filed their notice of appeal 31 days after the trial court's order.

---

[1] James and Walter Prescott died during the proceedings, and representatives of the estates were substituted as parties.

Consequently, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office,*
*Atlanta,*  04/19/2021

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*